UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Richard Carrasquillo,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 08 CR 00355 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Richard Willstatter, is to assume representation of the defendant in the above captioned matter as of January 23, 2023. Mr. Willstatter is appointed pursuant to the Criminal Justice Act. His address is Green & Willstatter, 200 Mamaroneck Avenue, Suite 605, White Plains, New York 10601; phone number 914-948-5656, Email: willstatter@msn.com.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 23, 2023