

MEMO ENDORSED

# Green & Willstatter
### ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

January 24, 2023

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Richard Carrasquillo*
08 Cr. 355-6 (KMK)

Dear Judge Karas:

This is an application to continue the return date for the summons issued to Richard Carasquillo currently set for Friday, January 27, 2023 at 11:15 a.m.

I was recently assigned to represent Mr. Carasquillo and have never met or spoken to him. I have learned that the United States Probation Department does not have a working phone for him and has been trying to reach him through a treatment program he attends and through a woman they say is his girlfriend. USPO Giavonnii A. Foderingham is making efforts to reach him.

Hopefully, Mr. Carasquillo can be reached and will appear at the courthouse next week on these Grade C violations.

Granted. The return date is adjourned to
2/ 8 /23 at 10 : 30

So Ordered.

*[signature]*
1/25/23

Very truly yours,

/s/   Richard Willstatter
RICHARD D. WILLSTATTER