UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Richard Carrasquillo,

Defendant.

No. 08-CR-0355-06 (KMK)

ORDER

---

IT IS HEREBY ORDERED THAT, at a time to be directed by the United States Probation Department, the defendant will present himself to the United States Probation Officer at the United States Probation Office on the sixth floor of 500 Pearl Street. The United States Probation Officer will then turn over the defendant to a representative of Samaritan Daytop Village for transport to a residential drug treatment facility.

IT IS FURTHER ORDERED THAT defendant Richard Carrasquillo remain at the Samaritan Daytop Village until February 2, 2024.

SO ORDERED.

Dated:  September 13, 2023
        White Plains, New York

THE HON. KENNETH M. KARAS
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK